**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| GREENPOINT AG HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:24-cv-00032 |
| STEPHEN F. MCKASKLE, ) | |
| M.E.G FARMS, LLC, and ) | |
| MCKASKLE FARMS, ) | |
| ) | |
| Defendants. ) | |

**CONSENT JUDGMENT**

COMES NOW before the Court, the complaint filed by plaintiff GreenPoint Ag Holdings, LLC ("Plaintiff") against the defendants Stephen F. McKaskle, M.E.G.Farms, LLC, and McKaskle Farms (collectively the "Defendants"). Upon consideration of the Plaintiff's complaint, other filings of record, and the consent of the parties to the entry of this Consent Judgment by and through the signatures of their attorneys below, the Court finds and orders as follows:

1. In its amended complaint filed on March 28, 2024, the Plaintiff alleges that the Defendants are indebted to it in the total amount of $325,929.37 through February 15, 2024, with interest accruing thereafter at the daily rate of $58.25. Plaintiff prays for a judgment against the Defendants in said amount, together with costs, attorney's fees, and post-judgment interest thereon.

2. Pursuant to the Court's Order Referring Case to Alternative Dispute Resolution of March 3, 2025, the parties conducted a mediation before a neutral selected by the parties. As reported by the neutral to the Court on April 14, 2025, the parties achieved a settlement agreement at the mediation.

3. Pursuant to the agreement at the mediation and as indicated by the signature of their counsel below, Defendants consent to the award to plaintiff of a judgment against them herein in the amount of Three Hundred Thirty Thousand Dollars ($330,000.00), together with post-judgment interest thereon at the applicable statutory rate until paid.

4. Pursuant to the agreement at the mediation and as indicated by the signature of its counsel below, Plaintiff consents to a stay of execution on said judgment through and including May 12, 2025. Further, pursuant to the agreement at the mediation and as indicated by the signature of its counsel below, Plaintiff waives all claims to the recovery of costs, attorney's fees, and additional prejudgment interest on and in addition to the amount of said judgment.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED:

(a) That plaintiff GreenPoint Ag Holdings, LLC shall have and recover of defendants Stephen F. McKaskle, M.E.G.Farms, LLC, and McKaskle Farms, jointly and severally, judgment in the total amount of Three Hundred Thirty Thousand Dollars ($330,000.00), together with post-judgment interest thereon accruing from and after May 12, 2025 at the applicable statutory rate;

(b) That the parties shall bear their own costs and attorney's fees incurred herein; and

(c) That all writs and processes authorized by law for the collection of judgments shall issue hereon after May 12, 2025, without further application to this Court.

IT IS SO ORDERED.

Dated this 18th day of April 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED AS TO FORM AND SUBSTANCE:

_____
Richard P. Edington, #41693MO
PELTS, MCMULLAN, EDGINGTON
   & MORGAN, LLP
217 College Avenue
P.O. Box 68
Kennett, Missouri 63857
*Attorneys for Defendants Stephen F. McKaskle,*
*M.E.G. Farms, LLC, and McKaskle Farms*


_____
Roger D. Rowe
Bar No. 85140 (AR)
LAX, VAUGHAN, FORTSON,
   ROWE & THREET, P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, Arkansas 72212
*Attorney for Plaintiff GreenPoint AG Holdings, LLC*